

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2019

No. 04-18-00252-CR

Benjamin **ESCOBEDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4634
Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

The Pro se Motion-Request for Reinstatement from Denial of the Judgment from the Court of Appeals is Dismissed.

_Sandee Bryan Marion_
Sandee Bryan Marion

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court